No. 93–1543. McKENNON v. NASHVILLE BANNER PUBLISHING Co. C. A. 6th Cir. Motion of American Association of Retired Persons et al. for leave to file a brief as *amici curiae* granted. Certiorari granted.

No. 93–683. SECURITY SERVICES, INC., FKA RISS INTERNATIONAL CORP. v. GARVEY CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–792. SILVEY REFRIGERATED CARRIERS, INC. v. H. J. HEINZ Co. C. A. 3d Cir. Certiorari denied.

No. 93–1133. TOWN OF GRAY ET AL. v. TRI-STATE RUBBISH, INC., ET AL. Sup. Jud. Ct. Me. Certiorari denied.

No. 93–1215. MITCHELL ARMS, INC. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 93–1230. SCHNEIDER v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 93–1265. DOUGHARTY v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 93–1335. SECURITY SERVICES, INC. v. JOHN H. HARLAND Co. Ct. App. Ga. Certiorari denied.

No. 93–1403. ARTHUR ET AL. v. BELL ATLANTIC CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–1470. METZGER ET AL. v. BERHANU, PERSONAL REPRESENTATIVE OF THE ESTATE OF SERAW, DECEASED. Ct. App. Ore. Certiorari denied.

No. 93–1505. TRI-STATE RUBBISH, INC. v. CITY OF AUBURN, MAINE, ET AL. Sup. Jud. Ct. Me. Certiorari denied.